# VERIFIED RETURN OF SERVICE

Job # **MIA6679**

### Client Info:

FairLaw Firm
FairLaw Firm
135 San Lorenzo Ave, Suite 770
Coral Gables, FL  33146

### Case Info:

**PLAINTIFF:**
CRISTINA MUNOZ
-versus-
**DEFENDANT:**
UNITED VETERINARY SERVICES, LLC, ET AL

UNITED STATES DISTRICT COURT
Court Division: SOUTHERN DISTRICT OF FLORIDA

Court Case # **1:23-CV-20203-RNS**

### Service Info:

Received by Anil kumar Srivastava: on January, 24th 2023 at **12:58 PM**
**Service:** I Served **CHRISTIANO VIOTTI**
With: **SUMMONS IN A CIVIL ACTION; COMPLAINT FOR FLSA OVERTIME WAGE VIOLATIONS**
by leaving with **Christiano Viotti, INDIVIDUALLY**

**At Residence 17401 S.W. 63 MANOR SOUTHWEST RANCHES, FL 33331**
On **1/25/2023** at **03:52 PM**
**Manner of Service: INDIVIDUAL**
F.S. 48.031(1) INDIVIDUAL SERVICE

**Served Description:  (Approx)**

Age: **45**, Sex: **Male**, Race: **Black**, Height: **5' 8"**, Weight: **180**, Hair: **Black** Glasses:  **No**

I **Anil kumar Srivastava** acknowledge that I am 18 years or older, authorized to serve process, in good standing in the jurisdiction wherein the process was served, and I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.

*Anil*

**Anil kumar Srivastava**
Lic # **1600**

**Accurate Serve of Plantation**
151 North Nob Hill Road #254
Plantation, FL 33324
Phone: (954) 299-1552

Our Job # **MIA6679**    Client Ref # **Cristina Muñoz vs. United Veterinary Services Pinecrest Animal Medical Center, Viotti (FLSA)**




1 of 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-cv-20203-RNS

CRISTINA MUNOZ,

    Plaintiff,

vs.

UNITED VETERINARY SERVICES LLC, PINECREST
ANIMAL MEDICAL CENTER L.L.C., AND
CHRISTIANO VIOTTI,

    Defendants.
_____/

## SUMMONS IN A CIVIL ACTION

TO:    CHRISTIANO VIOTTI
         17401 S.W. 63 MANOR
         SOUTHWEST RANCHES, FL 33331

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Brian H. Pollock, Esq.
        FairLaw Firm
        135 San Lorenzo Avenue
        Suite 770
        Coral Gables, FL 33146
        Tel:    (305) 230-4884
        brian@fairlawattorney.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Jan 18, 2023



Angela E. Noble
Clerk of Court

SUMMONS

s/ A. Alonso
Deputy Clerk
U.S. District Courts