UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-cv-20203-SCOLA/GOODMAN

CRISTINA MUNOZ,

    Plaintiff,

vs.

UNITED VETERINARY SERVICES LLC, PINECREST ANIMAL MEDICAL CENTER L.L.C., AND CHRISTIANO VIOTTI,

    Defendants.
_____/

**PLAINTIFF'S NOTICE OF FILING RETURN OF SERVICE ON DEFENDANT, UNITED VETERINARY SERVICES, LLC**

Plaintiff, Cristina Munoz files the Return of Service on Defendant, United Veterinary Services, LLC (served on January 25, 2023).

Dated this 27th day of January 2023.

                                           s/Brian H. Pollock, Esq.
                                           Brian H. Pollock, Esq.
                                           Fla. Bar No. 174742
                                           brian@fairlawattorney.com
                                           FAIRLAW FIRM
                                           135 San Lorenzo Avenue
                                           Suite 770
                                           Coral Gables, FL 33146
                                           Tel:   305.230.4884
                                           *Counsel for Plaintiff*