# VERIFIED RETURN OF SERVICE

Job # MIA6677

**Client Info:**

FairLaw Firm
FairLaw Firm
135 San Lorenzo Ave, Suite 770
Coral Gables, FL  33146

**Case Info:**

| | |
|---|---|
| **PLAINTIFF:** | UNITED STATES DISTRICT COURT |
| CRISTINA MUNOZ | Court Division: SOUTHERN DISTRICT OF FLORIDA |
| -versus- | |
| **DEFENDANT:** | Court Case # **1:23-CV-20203-RNS** |
| UNITED VETERINARY SERVICES, LLC, ET AL | |

**Service Info:**

**Received by Anil kumar Srivastava: on January, 24th 2023** at **12:52 PM**
**Service:** I Served **UNITED VETERINARY SERVICES LLC c/o CHRISTIANO VIOTTI, Its Registered Agent**
With: **SUMMONS IN A CIVIL ACTION; COMPLAINT FOR FLSA OVERTIME WAGE VIOLATIONS**
by leaving with **Christiano Viotti, REGISTERED AGENT**

**At Business 1500 WESTON RD STE 200-10 WESTON, FL 33326**
On **1/25/2023** at **04:18 PM**
**Manner of Service: CORPORATE**
CORPORATE SERVICE: F.S. 48.081 (1)(a)(b)(c)(d), (2) or (3)

**Served Description:  (Approx)**

Age: **45**, Sex: **Male**, Race: **Hispanic**, Height: **5' 8"**, Weight: **170**, Hair: **Black** Glasses:  **No**

I **Anil kumar Srivastava** acknowledge that I am 18 years or older, authorized to serve process, in good standing in the jurisdiction wherein the process was served, and I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.

**Anil kumar Srivastava**
Lic # **1600**

**Accurate Serve of Plantation**
151 North Nob Hill Road #254
Plantation, FL 33324
Phone: (954) 299-1552

Our Job # **MIA6677**    Client Ref # **Cristina**
**Muñoz vs. United Veterinary Services Pinecrest
Animal Medical Center, Viotti (FLSA)**




1 of 1