## Cristina Munoz Overtime Calc...

| Pay Period Start | Pay Period End | Total Hours Worked | Regular Hours Worked | Reg Hourly | Total Reg. Pay | OT Hours Worked |
|---|---|---|---|---|---|---|
| 16-Dec-22 | 31-Dec-22 | 3.00 | 3.00 | $ 23.00 | $ 69.00 | |
| 1-Dec-22 | 15-Dec-22 | 87.38 | 44.72 | $ 23.00 | $ 2,009.74 | 4.72 |
| 16-Nov-22 | 30-Nov-22 | 72.75 | 43.80 | $ 23.00 | $ 1,673.25 | 3.80 |
| 1-Nov-22 | 15-Nov-22 | 96.15 | 46.62 | $ 23.00 | $ 2,211.45 | 6.62 |
| 16-Oct-22 | 31-Oct-22 | 93.75 | 49.28 | $ 23.00 | $ 2,156.25 | 9.28 |
| 1-Oct-22 | 15-Oct-22 | 78.47 | 41.25 | $ 23.00 | $ 1,804.81 | 1.25 |
| 16-Sep-22 | 30-Sep-22 | 89.74 | 50.90 | $ 23.00 | $ 2,064.02 | 10.90 |
| 1-Sep-22 | 15-Sep-22 | 71.20 | 51.72 | $ 21.00 | $ 1,495.20 | 11.72 |
| 16-Aug-22 | 31-Aug-22 | 92.45 | 43.52 | $ 21.00 | $ 1,941.45 | 3.52 |
| 1-Aug-22 | 15-Aug-22 | 91.80 | 51.52 | $ 21.00 | $ 1,927.80 | 11.52 |
| 16-Jul-22 | 31-Jul-22 | 73.67 | 47.33 | $ 21.00 | $ 1,547.07 | 7.33 |
| 1-Jul-22 | 15-Jul-22 | 45.18 | 40.00 | $ 21.00 | $ 948.78 | 0.00 |
| 16-Jun-22 | 30-Jun-22 | 89.50 | 42.68 | $ 21.00 | $ 1,879.50 | 2.68 |
| 1-Jun-22 | 15-Jun-22 | 81.28 | 41.73 | $ 21.00 | $ 1,706.88 | 1.73 |
| 16-May-22 | 31-May-22 | 105.17 | 60.35 | $ 21.00 | $ 2,208.57 | 20.35 |
| 5-May-22 | 15-May-22 | 78.32 | 42.03 | $ 21.00 | $ 1,644.72 | 2.03 |
| 16-Apr-22 | 30-Apr-22 | 77.57 | 40.00 | $ 21.00 | $ 1,628.97 | 0.00 |
| 1-Apr-22 | 15-Apr-22 | 45.63 | 53.27 | $ 21.00 | $ 958.23 | 13.27 |
| 16-Mar-22 | 31-Mar-22 | 104.92 | 43.07 | $ 21.00 | $ 2,203.32 | 3.07 |
| 1-Mar-22 | 15-Mar-22 | 92.77 | 40.00 | $ 21.00 | $ 1,948.17 | 0.00 |
| 16-Feb-22 | 28-Feb-22 | 65.48 | 40.00 | $ 21.00 | $ 1,375.08 | 0.00 |
| 1-Feb-22 | 15-Feb-22 | 85.83 | 43.98 | $ 21.00 | $ 1,802.43 | 3.98 |
| 16-Jan-22 | 31-Jan-22 | 94.95 | 59.25 | $ 21.00 | $ 1,993.95 | 19.25 |
| 1-Jan-22 | 15-Jan-22 | 81.57 | 47.47 | $ 21.00 | $ 1,712.97 | 7.47 |
| 16-Dec-21 | 31-Dec-21 | 94.15 | 42.27 | $ 21.00 | $ 1,977.15 | 2.27 |
| 1-Dec-21 | 15-Dec-21 | 79.83 | 41.47 | $ 21.00 | $ 1,676.43 | 1.47 |
| 16-Nov-21 | 30-Nov-21 | 89.33 | 40.18 | $ 21.00 | $ 1,875.93 | 0.18 |
| 1-Nov-21 | 15-Nov-21 | 92.73 | 41.68 | $ 21.00 | $ 1,947.33 | 1.68 |
| 16-Oct-21 | 31-Oct-21 | 79.87 | 42.47 | $ 21.00 | $ 1,677.27 | 2.47 |
| 1-Oct-21 | 15-Oct-21 | 73.38 | 40.00 | $ 21.00 | $ 1,540.00 | 0.00 |
| 16-Sep-21 | 30-Sep-21 | 63.10 | 66.35 | $ 21.00 | $ 1,325.10 | 26.35 |
| 1-Sep-21 | 15-Sep-21 | 90.73 | 54.43 | $ 21.00 | $ 1,905.33 | 14.43 |
| 16-Aug-21 | 31-Aug-21 | 109.38 | 57.78 | $ 21.00 | $ 2,296.98 | 17.78 |
| | **TOTALS** | | 1,494.12 | | $ 57,133.13 | 211.12 |

## ulations

| OT Rate | Total OT Paid | Commissions | Adusted Reg. Rate | Adjusted OT Rate | OT Rate Owed | OT Owed |
|---|---|---|---|---|---|---|
| $ 34.50 | | | | | -$34.50 | $0.00 |
| $ 34.50 | $ 162.84 | $ 550.00 | $29.29 | $43.94 | $9.44 | $44.56 |
| $ 34.50 | $ 131.10 | $ 450.00 | $29.19 | $43.78 | $9.28 | $35.26 |
| $ 34.50 | $ 228.39 | $ 1,025.00 | $33.66 | $50.49 | $15.99 | $105.86 |
| $ 34.50 | $ 320.16 | $ 650.00 | $29.93 | $44.90 | $10.40 | $96.51 |
| $ 34.50 | $ 43.13 | $ 225.00 | $25.87 | $38.80 | $4.30 | $5.38 |
| $ 34.50 | $ 376.05 | $ 700.00 | $30.80 | $46.20 | $11.70 | $127.54 |
| $ 31.50 | $ 369.18 | $ 475.00 | $27.67 | $41.51 | $10.01 | $117.28 |
| $ 31.50 | $ 110.88 | $ 425.00 | $25.60 | $38.40 | $6.90 | $24.27 |
| $ 31.50 | $ 362.88 | $ 525.00 | $26.72 | $40.08 | $8.58 | $98.82 |
| $ 31.50 | $ 230.90 | $ 273.03 | $24.71 | $37.06 | $5.56 | $40.75 |
| $ 31.50 | $ - | $ 375.00 | $29.30 | $43.95 | $12.45 | $0.00 |
| $ 31.50 | $ 84.42 | $ 950.00 | $31.61 | $47.42 | $15.92 | $42.67 |
| $ 31.50 | $ 54.50 | $ 675.00 | $29.30 | $43.96 | $12.46 | $21.55 |
| $ 31.50 | $ 641.03 | $ 1,450.00 | $34.79 | $52.18 | $20.68 | $420.85 |
| $ 31.50 | $ 63.95 | $ 475.00 | $27.06 | $40.60 | $9.10 | $18.47 |
| $ 31.50 | | $ 400.00 | $26.16 | $39.23 | $7.73 | $0.00 |
| $ 31.50 | $ 418.01 | $ 650.00 | $35.25 | $52.87 | $21.37 | $283.55 |
| $ 31.50 | $ 96.71 | $ 675.00 | $27.43 | $41.15 | $9.65 | $29.63 |
| $ 31.50 | $ 150.26 | $ 600.00 | $27.47 | $41.20 | $9.70 | $0.00 |
| $ 31.50 | $ - | $ 650.00 | $30.93 | $46.39 | $14.89 | $0.00 |
| $ 31.50 | $ 125.37 | $ 550.00 | $27.41 | $41.11 | $9.61 | $38.26 |
| $ 31.50 | $ 606.28 | $ 725.00 | $28.64 | $42.95 | $11.45 | $220.48 |
| $ 31.50 | $ 235.31 | $ 700.00 | $29.58 | $44.37 | $12.87 | $96.16 |
| $ 31.50 | $ 68.36 | $ 625.00 | $27.64 | $41.46 | $9.96 | $22.60 |
| $ 31.50 | $ 46.31 | $ 350.00 | $25.38 | $38.08 | $6.58 | $9.67 |
| $ 31.50 | $ 5.67 | $ 550.00 | $27.16 | $40.74 | $9.24 | $1.66 |
| $ 31.50 | $ 52.92 | $ 550.00 | $26.93 | $40.40 | $8.90 | $14.95 |
| $ 31.50 | $ 77.81 | $ 700.00 | $29.76 | $44.65 | $13.15 | $32.47 |
| $ 31.50 | $ - | $ 525.00 | $28.15 | $42.23 | $10.73 | $0.00 |
| $ 31.50 | $ 830.03 | $ 475.00 | $28.53 | $42.79 | $11.29 | $297.53 |
| $ 31.50 | $ 454.55 | $ 450.00 | $25.96 | $38.94 | $7.44 | $107.35 |
| $ 31.50 | $ 560.07 | $ 800.00 | $28.31 | $42.47 | $10.97 | $195.06 |
| | $ 6,907.07 | $ 19,198.03 | | | | $2,549.14 |