UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:23-CV-20203 – SCOLA/GOODMAN

CRISTINA MUÑOZ,

    Plaintiff,

v.

UNITED VETERINARY SERVICES LLC,
PINECREST ANIMAL MEDICAL CENTER LLC,
and CHRISTIANO VIOTTI,

    Defendants.
_____/

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants UNITED VETERINARY SERVICES LLC and PINECREST ANIMAL MEDICAL CENTER LLC state that GLOBAL VETERINARY PARTNERS LLC owns 10 percent or more of their stock.

Respectfully submitted this 15th day of February 2023.

                                        */s/ Diane P. Perez*
                                        Diane P. Perez, B.C.S.
                                        Fla. Bar No. 41869
                                        **DIANE PEREZ, P.A.**
                                        One Alhambra Plaza, PH Floor
                                        Coral Gables, FL 33134
                                        Tel: (305) 985-5676
                                        Email: diane@dianeperezlaw.com
                                        *Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2023, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system.  I also certify that the foregoing

document is being served this day on all counsel or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Filing.

/s/ *Diane P. Perez*
Diane P. Perez, B.C.S.
Fla. Bar No. 41869

**SERVICE LIST**
Brian H. Pollock, Esq.
FAIRLAW FIRM
135 San Lorenzo Avenue Suite 770
Coral Gables, FL 33146
Tel: 305.230.4884
E-mail: brian@fairlawattorney.com
Counsel for Plaintiff