UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-cv-20203-SCOLA/GOODMAN

CRISTINA MUNOZ,

    Plaintiff,

vs.

UNITED VETERINARY
SERVICES LLC, PINECREST
ANIMAL MEDICAL CENTER
L.L.C., AND CHRISTIANO
VIOTTI,

    Defendants.
_____/

## PLAINTIFF'S NOTICE OF COMPLIANCE
## (STATEMENT OF CLAIM)

    Plaintiff, Cristina Munoz, notify the Court of her compliance with the Order of Referral and Notice of Court Practice and Statement of Claim and Response in FLSA Case [ECF No. 4] on February 16, 2023.

    Dated this 22nd day of February 2023.

                                      s/Brian Pollock, Esq.
                                      Brian H. Pollock Esq. (174742)
                                      brian@fairlawattorney.com
                                      FAIRLAW FIRM
                                      135 San Lorenzo Ave
                                      Suite 770
                                      Coral Gables, FL 33146
                                      Tel:   305.230.4884
                                      *Counsel for Plaintiff*

1

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
TEL 305.230.4884   FAX 305.230.4844
www.fairlawattorney.com