UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**CASE NO. 1:23-CV-20203 – SCOLA/GOODMAN**

CRISTINA MUÑOZ,

    Plaintiff,

v.

UNITED VETERINARY SERVICES LLC,
PINECREST ANIMAL MEDICAL CENTER LLC,
and CHRISTIANO VIOTTI,

    Defendants.
_____/

**DEFENDANTS' RESPONSE TO PLAINTIFF'S STATEMENT OF CLAIM**

    Defendants, UNITED VETERINARY SERVICES LLC ("Defendant UVS"), PINECREST ANIMAL MEDICAL CENTER LLC (Defendant Pinecrest Animal MC"), and CHRISTIANO VIOTTI (collectively, "Defendants"), hereby respond to the Statement of Claim [ECF No. 9] filed by Plaintiff, CRISTINA MUÑOZ ("Plaintiff"), and state as follows:

    1.    Defendants dispute the preliminary statements contained in Plaintiff's Statement of Claim.

    2.    Plaintiff's pay and time records will be produced electronically to Plaintiff, through her counsel, contemporaneously with this response. Those records accurately reflect the hours Plaintiff worked each work week and the bonuses she was paid.

    3.    Plaintiff was employed by Defendant UVS and Defendant Pinecrest Animal MC during different time periods. Plaintiff worked for Defendant UVS from on or about February 7, 2021 through on or about May 15, 2022. Plaintiff worked for Defendant Pinecrest Animal MC from on or about May 16, 2022 through on or about December 15, 2022.

4. Plaintiff earned $18 per hour from the commencement of her employment with Defendant UVS until on or about August 1, 2021, at which time she began earning $21 per hour. Beginning on or about May 16, 2022, Plaintiff earned $21 per hour from Defendant Pinecrest Animal MC until on or about September 16, 2022, at which time she began earning $23 per hour. Plaintiff was also paid bonuses.

5. The hours Plaintiff worked and the amount of the bonuses she received varied per work week.

6. Defendants reserve the right to supplement this Response.

Respectfully submitted this 2nd day of March 2023

/s/ Diane P. Perez
Diane P. Perez, B.C.S.
Fla. Bar No. 41869
**DIANE PEREZ, P.A.**
One Alhambra Plaza, PH Floor
Coral Gables, FL 33134
Tel: (305) 985-5676
Email: diane@dianeperezlaw.com
Counsel for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on March 2, 2023, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Filing.

/s/ Diane P. Perez

Diane P. Perez, B.C.S.
Fla. Bar No. 41869

**SERVICE LIST**
Brian H. Pollock, Esq.
FAIRLAW FIRM
135 San Lorenzo Avenue Suite 770
Coral Gables, FL 33146
Tel: 305.230.4884
E-mail: brian@fairlawattorney.com
Counsel for Plaintiff