UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**CASE NO. 1:23-CV-20203 – SCOLA/GOODMAN**

CRISTINA MUÑOZ,

    Plaintiff,

v.

UNITED VETERINARY SERVICES LLC,
PINECREST ANIMAL MEDICAL CENTER LLC,
and CHRISTIANO VIOTTI,

    Defendants.
_____/

## **SCHEDULING ORDER**

Having considered the Joint Scheduling Report of the Parties, the Court hereby **ORDERS** the following:

The deadlines in this case, which shall not be modified absent compelling circumstances, are as follows:

| | |
|---|---|
| March 29, 2023 | Deadline to join additional parties or to amend pleadings. |
| May 3, 2023 | Deadline to file joint interim status report.<br><br>Deadline to file Proposed Order Scheduling Mediation, setting forth the name of the mediator, and the date, time and location of the mediation, consistent with the Order of Referral to Mediation (which immediately follows this scheduling order). |
| June 16, 2023 | Deadline to complete all fact discovery.<br><br>Deadline to submit joint notice indicating whether the parties' consent to jurisdiction before the designated magistrate judge for purposes of final disposition. |

|  | Deadline to exchange expert witness summaries/reports pursuant to Federal Rule of Civil Procedure 26(a)(2). Rebuttal disclosures are permitted, and must conform to the deadline set forth in Federal Rule of Civil Procedure 26(a)(2)(D)(ii). |
|---|---|
| June 30, 2023 | Deadline for filing all dispositive motions. |
| July 10, 2023 | Deadline to complete mediation, consistent with the Order of Referral to Mediation (which immediately follows this scheduling order). |
| July 26, 2023 | Deadline to complete all expert discovery. |
| August 16, 2023 | Deadline for the filing of pretrial motions, including motions in limine and *Daubert* motions. |
| September 25, 2023 | Deadline to file joint pretrial stipulation pursuant to Local Rule 16.1€ and pretrial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(3). |
| October 9, 2023 | Deadline to file proposed jury instructions (if the matter is set for a jury trial) or a proposed findings of fact and conclusions of law (if the matter is set for a breach trial) pursuant to Local Rule 16.1(k). |
| October 23, 2023 | Two-week trial period commences (calendar call will be scheduled on the Tuesday before the trial period) |

**DONE AND ORDERED** in Chambers in _____, Florida this \_\_\_\_ day of March, 2023.

_____
ROBERT N. SCOLA, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to: All counsel of record via CM/ECF