UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-cv-20203-SCOLA/GOODMAN

CRISTINA MUNOZ,

    Plaintiff,

vs.

UNITED VETERINARY
SERVICES LLC, PINECREST
ANIMAL MEDICAL CENTER
L.L.C., AND CHRISTIANO
VIOTTI,

    Defendants.
_____/

## NOTICE OF MEDIATOR SELECTION

    Plaintiff, Cristina Munoz, notices the Court that the parties complied with the Court's Order Setting Trial [ECF No. 16] entered on March 20, 2023 and agreed to utilize **Karen Evans, Esq., as mediator**.

    Dated this 19th day of April 2023.

                                                    s/Brian H. Pollock, Esq.
                                                    Brian H. Pollock, Esq. (174742)
                                                    brian@fairlawattorney.com
                                                    FAIRLAW FIRM
                                                    135 San Lorenzo Avenue
                                                    Suite 770
                                                    Coral Gables, FL 33146
                                                    Tel:    305.230.4884
                                                    *Counsel for Plaintiff*