UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-cv-20203-SCOLA/GOODMAN

CRISTINA MUNOZ,

    Plaintiff,

vs.

UNITED VETERINARY SERVICES LLC, PINECREST ANIMAL MEDICAL CENTER L.L.C., AND CHRISTIANO VIOTTI,

    Defendants.
_____/

## ORDER SCHEDULING MEDIATION

The mediation conference in this matter shall be held with Karen Evans, Esq., on <u>May 23rd, 2023</u>, at <u>11:30 am via Zoom Video Conference.</u> This date has been agreed to by the mediator and the parties and shall not be rescheduled without leave of the Court.

DONE and ORDERED in chambers, at Miami, Florida on _____.

                                                                             _____
                                                                             ROBERT N. SCOLA, JR.
                                                                             UNITED STATES DISTRICT JUDGE

Copies to:
*Designated U.S. Magistrate Judge*
*Counsel of record*