UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:23-CV-20203 – SCOLA/GOODMAN

CRISTINA MUÑOZ,

    Plaintiff,

v.

UNITED VETERINARY SERVICES LLC,
PINECREST ANIMAL MEDICAL CENTER LLC,
and CHRISTIANO VIOTTI,

    Defendants.
_____/

## NOTICE OF SETTLEMENT

Defendants, UNITED VETERINARY SERVICES LLC ("Defendant UVS"), PINECREST ANIMAL MEDICAL CENTER LLC ("Defendant Pinecrest Animal MC") (collectively, the "Corporate Defendants"), and CHRISTIANO VIOTTI ("Defendant Viotti") (collectively, "Defendants"), hereby advise the Court that the parties have reached an agreement in principle to settle the instant case pending review and execution of a settlement agreement and approval of the settlement agreement by the Court. The parties will file a joint motion seeking review and approval of the settlement agreement, pursuant to Lynn's Food Stores, Inc. v. United States, 679 F.2d 1350 (11th Cir. 1982), once the settlement agreement is executed, which Defendants reasonably expect to be done no later than fourteen (14) days from the date of this Notice. Accordingly, Defendants respectfully request that the Court vacate all currently set dates and deadlines in the case.

Respectfully submitted this 2nd day of May 2023.

*/s/ Diane P. Perez*
Diane P. Perez, B.C.S.
Fla. Bar No. 41869
**DIANE PEREZ, P.A.**
One Alhambra Plaza, PH Floor
Coral Gables, FL 33134
Tel: (305) 985-5676
Email: diane@dianeperezlaw.com
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2023, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Filing.

*/s/ Diane P. Perez*
Diane P. Perez, B.C.S.
Fla. Bar No. 41869

**SERVICE LIST**
Brian H. Pollock, Esq.
FAIRLAW FIRM
135 San Lorenzo Avenue Suite 770
Coral Gables, FL 33146
Tel: 305.230.4884
E-mail: brian@fairlawattorney.com
Counsel for Plaintiff