UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-CV-20203-SCOLA/GOODMAN

CRISTINA MUNOZ,

    Plaintiff,

vs.

UNITED VETERINARY SERVICES LLC,
PINECREST ANIMAL MEDICAL CENTER L.L.C.,
AND CHRISTIANO VIOTTI,

    Defendants.
_____/

## JOINT STIPULATION FOR RULE 41 VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff and Defendants, through their respective undersigned counsel, stipulate to the voluntary dismissal of this action **with prejudice** pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). *See Anago Franchising, Inc. v. Shaz*, LLC, 677 F.3d 1272 (11th Cir. 2012). Plaintiff's claims were resolved without compromise, and attorneys' fees were negotiated separately without regard to the amount paid to Plaintiff. Thus, judicial review and approval are not required under *Lynn's Food Stores, Inc. v. United States,* 679 F.2d 1350, 1354-55 (11th Cir. 1982)

Respectfully submitted on this 2nd day of June 2023.

| | |
|---|---|
| Brian H. Pollock, Esq. | Diane P. Perez |
| Brian H. Pollock, Esq. (174742) | Diane P. Perez, B.C.S. (41869) |
| brian@fairlawattorney.com | diane@dianeperezlaw.com |
| FAIRLAW FIRM | DIANE PEREZ, P.A. |
| 135 San Lorenzo Ave. | One Alhambra Plaza |
| Suite 770 | PH Floor |
| Coral Gables, FL 33146 | Coral Gables, FL 33134 |
| Tel:  305.230.4884 | Tel: (305) 985-5676 |
| *Counsel for Plaintiff* | *Counsel for Defendants* |