UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-CV-20203-SCOLA/GOODMAN

CRISTINA MUNOZ,

    Plaintiff,

vs.

UNITED VETERINARY SERVICES LLC, PINECREST ANIMAL MEDICAL CENTER L.L.C., AND CHRISTIANO VIOTTI,

    Defendants.
_____/

## **NOTICE OF COMPLIANCE**

Plaintiff, Cristina Munoz, notices the Court of the filing of the settlement agreement in compliance with the Court's Order Administratively Closing Case Upon Notice Of Settlement [ECF No. 20].

Dated this 6th day of June 2023.

                                              s/Brian H. Pollock, Esq.
                                              Brian H. Pollock, Esq. (174742)
                                              brian@fairlawattorney.com
                                              FAIRLAW FIRM
                                              135 San Lorenzo Avenue
                                              Suite 770
                                              Coral Gables, FL 33146
                                              Tel:    305.230.4884
                                              *Counsel for Plaintiff*